IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| USA, | ) | Case №: 2:16-cr-00055-KJM |
| | ) | |
| vs. | ) | **O R D E R**<br>**APPOINTING COUNSEL** |
| | ) | |
| JUSTIN A. MONTGOMERY, | ) | |
| | ) | |
| | ) | |

    The court appointed the Federal Defender in this case on January 21, 2022. The Federal Defender has determined that a panel attorney should be appointed. William Flynn Portanova is appointed to represent the above defendant in this case effective *nunc pro tunc* to January 25, 2022.

    This appointment shall remain in effect until further order of this court.

DATED:  January 27, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE